IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WALLACE H. WILLIAMS,           )
                               )
          Plaintiff,           )         8:11CV22
                               )
     v.                        )
                               )
EAT OUT NOW, INC.,             )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's reply brief regarding motion to compel (Filing No. 25). Having been advised that defendants have produced answers to interrogatories and documents in response to the requests for production,

IT IS ORDERED that plaintiff's motion to compel (Filing No. 21) is deemed withdrawn.

DATED this 12th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court