```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA


WALLACE H. WILLIAMS,          )      Case No.8:11cv-22
                              )
          Plaintiff,          )
                              )
   vs.                        )
                              )         STIPULATION FOR
EAT OUT NOW, INC.,            )      DISMISSAL WITH PREJUDICE
                              )
                              )
                              )
          Defendant.          )
```

COME NOW the parties, by and through their counsel of record, and stipulate that the Complaint of the Plaintiff should be dismissed, with prejudice, with each party to pay its own court costs and attorney's fees.

                    WALLACE H. WILLIAMS, Plaintiff

              By:   /s/Thomas F. Hoarty, Jr.
                    Thomas F. Hoarty, Jr.  #11863
                    BYAM & HOARTY
                    8990 West Dodge Road
                    Suite 317
                    Omaha, NE 68114
                    (402) 397-0303
                    Attorney for Plaintiff


                    EAT OUT NOW, Defendant

              By:   /s/ T.J. Pattermann
                    T.J. Pattermann
                    SMITH PETERSON LAW FIRM, LLP
                    35 Main Place, Suite 300
                    P.O. Box 249
                    Council Bluffs, IA 51502
                    (712) 328-1833
                    Attorney for Defendant